**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Raymond Alphonso DALEY,
Defendant–Appellant.**

No. 03–41547.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dcided Jan. 6, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Raymond Alphonso Daley, Federal Correctional Institution Fort Dix—East, Fort Dix, NJ, pro se.

Before HIGGINBOTHAM, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Raymond Alphonso Daley, a federal prisoner (# 89980–079), moves for a certificate of appealability ("COA") to appeal the

---

* Pursuant to 5TH CIR. R. 47.5, the court has    determined that this opinion should not be

district court's denial of his 28 U.S.C. § 2255 motion to vacate his sentence. Following a remand by this court pursuant to *Thompson v. Montgomery,* 853 F.2d 287 (5th Cir.1988), the district court determined that Daley had failed to establish that he had filed a timely notice of appeal. The clerk's office has directed Daley to brief this jurisdictional issue, but he has failed to do so. Daley has effectively abandoned any challenge to the district court's determination that his notice of appeal was untimely, *see Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987), and this court is without appellate jurisdiction. *See Dison v. Whitley,* 20 F.3d 185, 186 (5th Cir. 1994). Accordingly, the appeal is DISMISSED. Daley's COA application is DENIED as moot.

APPEAL DISMISSED; COA DENIED AS MOOT.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.